| STATE OF LOUISIANA | NO. 23-KA-448 |
|---|---|
| VERSUS | FIFTH CIRCUIT |
| EDDIE J RICHARDS | COURT OF APPEAL |
| | STATE OF LOUISIANA |

December 06, 2024

Linda Wiseman
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

**DENIED WITHOUT REASONS**

**JGG**
**SMC**

**WOULD GRANT REHEARING**

**FHW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Linda Wiseman
First Deputy, Clerk of Court

## WICKER, J., WOULD GRANT REHEARING

Judge Wicker would grant the application for rehearing in this matter for the reasons stated in her dissent to the original opinion rendered herein.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES



**FIFTH CIRCUIT**

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX

## <u>NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY</u>

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY <u>12/06/2024</u> TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**23-KA-448**

### <u>E-NOTIFIED</u>

24th Judicial District Court (Clerk)
Honorable Donald L. Foret (District Judge)
Monique D. Nolan (Appellee)            Thomas J. Butler (Appellee)            Jane C. Hogan (Appellant)

### <u>MAILED</u>

Eddie J Richards #87240 (Appellant)         Honorable Paul D. Connick, Jr. (Appellee)
Rayburn Correctional Center                 District Attorney
27268 Highway 21                            LaShanda Webb (Appellee)
Angie, LA 70426                             Ashton Brown (Appellee)
                                            Assistant District Attorneys
                                            Twenty-Fourth Judicial District
                                            200 Derbigny Street
                                            Gretna, LA 70053